Jamil El'Adam YAKUB, Plaintiff—
Appellant,

v.

Douglas M. VAUGHAN, Warden; L.
Currin, Operations Officer; L. Evans,
Correctional Officer, Defendants—Ap-
pellees.

No. 06–7751.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 5, 2007.

Jamil El'Adam Yakub, Appellant Pro Se.

Before WILKINSON, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jamil El'Adam Yakub appeals the dis-
trict court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint under 28 U.S.C.
§ 1915A(b) (2000). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Yakub v. Vaughan,*
No. 1:06–cv–00579 (E.D. Va. filed Sept. 1,
2006; entered Sept. 7, 2006). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*